# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REZA BOKHARI,** | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 2:21-cv-03136-JDW** |
| | : | |
| **FSD PHARMA** *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 2nd day of December, 2021, upon consideration of Defendants' Motion To Compel Arbitration And Motion To Dismiss Plaintiff's Amended Complaint, Or, In The Alternative, Motion To Stay Proceedings (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Parties shall present this dispute for resolution in binding arbitration under the *Arbitration Act* (Ontario) in Toronto, Ontario, Canada, pursuant to Section 7.4 of the Employment Agreement between them (ECF No. 25-1).

It is **FURTHER ORDERED** that the Clerk of Court shall place this case in civil suspense pending resolution of the arbitration. The parties shall notify the Court within seven days of any final award in any arbitration proceeding.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**